# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

United States of America

**Plaintiff(s),**

v.                                          Civil NO: 5:07-CV-164

Newell Holdings Delaware, Inc., et al.

**Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Donna Diane Duer, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 12/19/07

_____
United States District Judge

*FILED DEC 19 2007 U.S. DISTRICT COURT WHEELING, WV 26003*